| | |
|---|---|
| UNITED STATES DISTRICT COURT | |
| FOR THE EASTERN DISTRICT OF CALIFORNIA | |

| | |
|---|---|
| TREMAYNE DEON CARROLL,<br><br>Plaintiff,<br><br>v.<br><br>SPEARMAN, et al.<br><br>Defendants. | No. 2:17-cv-0862 DB P<br><br>ORDER TO SHOW CAUSE |

Plaintiff is a state prisoner proceeding pro se and in forma pauperis with a civil rights action under 42 U.S.C. § 1983. Plaintiff, who uses a wheelchair, contends that while he was incarcerated at High Desert State Prison ("HDSP") defendant provided unsafe conditions for him in violation of the Americans with Disabilities Act ("ADA"), used excessive force, and retaliated against him. Plaintiff has consented to the jurisdiction of a magistrate judge. (ECF No. 6.)

In an order filed July 26, 2017, the court screened plaintiff's complaint. (ECF No. 7.) The court found most of the claims in the complaint were duplicative of claims plaintiff raised in a separate action in this court, case no. 16-cv-2443 JAM EFB P. The court was unable, however, to determine whether two of plaintiff's claims were duplicative. Plaintiff was given thirty days to either dismiss the present action or file an amended complaint alleging claims which are not duplicative of those in case no. 16-cv-2443 JAM EFB P. Plaintiff was warned that his failure to comply with the order may result in dismissal of this action.

1

In a document filed August 14, 2017, plaintiff requested a 60-day extension of time to file an amended complaint. (ECF No. 10.) The court granted plaintiff's request on August 17, 2017. (ECF No. 11.) Those sixty days have passed and plaintiff has failed to notify the court that he is dismissing this action, file an amended complaint, or otherwise respond to the court's orders.

Accordingly, IT IS HEREBY ORDERED that within fourteen days of the date of this order, plaintiff shall either dismiss this action or file an amended complaint. If he fails to do so, this case will be dismissed for plaintiff's failure to comply with court orders. See E.D. Cal. R. 110; Fed. R. Civ. P. 41.

Dated: October 31, 2017

DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE

DLB:9
DLB1/prisoner-civil rights/carr0862.osc