1
2
3
4
5
6
7
8                    UNITED STATES DISTRICT COURT

9               FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11    TREMAYNE DEON CARROLL,                    No.  2:17-cv-0862 JAM DB P

12                    Plaintiff,

13        v.                                    ORDER

14    SPEARMAN, et al.,

15                    Defendants.

16

17          Plaintiff, a state prisoner proceeding pro se, has filed this civil rights action seeking relief

18    under 42 U.S.C. § 1983.  Plaintiff claims officials at Hight Desert State Prison failed to provide

19    him with safe living conditions in violation of the Americans with Disabilities Act, used

20    excessive force, and retaliated against him.

21          By order dated June 8, 2018, the court granted plaintiff's motion to amend the complaint

22    and ordered him to file an amended complaint within thirty days.  (ECF No. 22.)  Plaintiff was

23    warned that failure to file an amended complaint could result in a recommendation that this action

24    be dismissed.  Those thirty days have passed and plaintiff has not filed an amended complaint,

25    requested additional time in which to file an amended complaint, or otherwise responded to the

26    court's orders.

27    ////

28    ////

Accordingly, IT IS HEREBY ORDERED that within fourteen days of the date of this order plaintiff shall either dismiss this action or file an amended complaint. If he fails to do so the court will recommend this action be dismissed for plaintiff's failure to comply with court orders and failure to prosecute. See E.D. Cal. R. 110; E.D. Cal. R. 183(b); Fed. R. Civ. P. 41.

Dated: July 30, 2018

DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE

DLB:12
DLB:1/Orders/Prisoner.Civil.Rights/carr0862.osc(2)