UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TREMAYNE DEON CARROLL,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>SPEARMAN, et al.,<br><br>　　　　　Defendants. | No. 2:17-cv-0862 JAM DB P<br><br>FINDINGS AND RECOMMENDTIONS |

Plaintiff, a state prisoner proceeding pro se, has filed this civil rights action seeking relief under 42 U.S.C. § 1983. Plaintiff claims officials at Hight Desert State Prison failed to provide him with safe living conditions in violation of the Americans with Disabilities Act, used excessive force, and retaliated against him.

By order dated December 18, 2018, plaintiff was granted thirty days to either dismiss this action or file an amended complaint. (ECF No. 26.) Plaintiff was warned that failure to do so could result in a recommendation that this action be dismissed. Those thirty days have passed and plaintiff has not dismissed this action, filed an amended complaint, or otherwise responded to the court's orders.

Accordingly, IT IS HEREBY RECOMMENDED that this action be dismissed without prejudice. See Local Rule 110; Fed. R. Civ. P. 41(b).

////

1

These findings and recommendations are submitted to the United States District Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(1). Within fourteen days after being served with these findings and recommendations, plaintiff may file written objections with the court. The document should be captioned "Objections to Magistrate Judge's Findings and Recommendations." Plaintiff is advised that failure to file objections within the specified time may waive the right to appeal the District Court's order. <u>Martinez v. Ylst</u>, 951 F.2d 1153 (9th Cir. 1991).

Dated: February 7, 2019

DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE

DLB:12
DLB:1/Orders/Prisoner.Civil.Rights/carr0862.dism